Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  24–22074–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    MAREKA YNEZ LAMBO
    284 DEERFIELD DRIVE
    MAYS LANDING, NJ 08330–4924

Social Security No.:
    xxx–xx–9955

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

      An application/motion to convert the above–captioned case from Chapter 7 to Chapter 13, has been filed by Debtor.

      Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Jerrold N. Poslusny Jr. on:

Date:           April 8, 2025
Time:           11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Dated: March 5, 2025
JAN:

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 24-22074-JNP

MAREKA YNEZ LAMBO                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 05, 2025                   Form ID: 169                          Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | MAREKA YNEZ LAMBO, 284 DEERFIELD DRIVE, MAYS LANDING, NJ 08330-4924 |
| 520478237 | +++ | AMEX, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520504852 | | Email/PDF: bncnotices@becket-lee.com | Mar 05 2025 21:02:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520497173 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 05 2025 20:40:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 520497174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 05 2025 20:41:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington,DE 19899-8803 |
| 520497175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2025 21:19:25 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520497176 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2025 21:00:53 | Citicards CBNA, P.O. Box 6241, Sioux Falls SD 57117-6241 |
| 520497177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 20:42:00 | Comenity Capital/BBB, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520497178 | ^ | MEBN | Mar 05 2025 20:40:49 | D & A Services, 1400 E. Touby Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 520497179 | + | Email/Text: mrdiscen@discover.com | Mar 05 2025 20:41:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520497180 | + | Email/Text: mrdiscen@discover.com | Mar 05 2025 20:41:00 | Discover Bank Card, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 520497181 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2025 21:18:37 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 520497182 | | Email/Text: signed.order@pfwattorneys.com | Mar 05 2025 20:41:00 | Pressler, Felt & Warshaw. LLP, 7 Entin Road, Parsippany,NJ 07054 |
| 520497184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2025 20:48:16 | Syncb/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 520497183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

|  |  | Mar 05 2025 21:01:43 | Syncb/TJX, P.O. Box 965015, Orlando, FL 32896-5015 |
| 520497185 | + Email/Text: bankruptcy@td.com | | |
|  |  | Mar 05 2025 20:42:00 | TD Bank N.A., P.O. Box 1448, Greenville, SC 29602-1448 |
| 520497172 | ^ MEBN | | |
|  |  | Mar 05 2025 20:40:34 | United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew K. de Heer | on behalf of Debtor MAREKA YNEZ LAMBO deheer.esq@gmail.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Marchand | jdmarchand@comcast.net  jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4