Certificate Number: 17572-NJ-DE-039432590

Bankruptcy Case Number: 24-22074



17572-NJ-DE-039432590

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2025</u>, at <u>9:47</u> o'clock <u>PM PDT</u>, <u>Mareka Ynez N Lambo</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 11, 2025</u>          By:     <u>/s/Kelly Faulks</u>

Name:   <u>Kelly Faulks</u>

Title:   <u>Counselor</u>