UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew K. de Heer
ANDREW K. DE HEER, ESQUIRE
7209 Lancaster Pike, Suite 4- 1181
Hockessin, DE 19707-9292
(856) 345-4911 - telephone
deheer.esq@gmail.com
Attorney for Debtor, Mareka Ynez Lambo

| | |
|---|---|
| In Re: | Case No.: 24-22074/JNP |
| MAREKA YNEZ LAMBO, | Hearing Date: |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |
| | Chapter: 7 |

**ORDER ON MOTION TO CONVERT CASE TO CHAPTER 13**

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

Upon the motion of <u>Andrew K. de Heer, Esquire, counsel for Debtor</u> and for good cause shown, it is

ORDERED that the motion is:

❏ denied.

❏ granted, and this case is converted from chapter <u>  7  </u> to chapter 13, and it is further

ORDERED that within 7 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

ORDERED that:

❏ if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of $ _____ in full or file an *Application and Order for Individuals to Pay the Filing Fee in Installments* within 7 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

☒ immediately turn over to the debtor all records and property of the estate in his/her custody or control,

☒ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

☒ within 30 days of the date of this Order, file a Request for Payment of Administrative Expenses including deferred filing fees, if appropriate, it is further

ORDERED that:

☒ the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but will be converted to chapter 7,

☒ the conversion to chapter 13 is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file local forms:

- *Chapter 13 Plan and Motions*, and

- *Disclosure of Chapter 13 Debtor's Attorney Compensation* - if represented by an attorney.

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed by the Court without further notice. Any objection to dismissal must be filed and received by the Clerk within 7 days of the date of this Order.

*rev.8/1/18*