UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew K. de Heer
ANDREW K. DE HEER, ESQUIRE
7209 Lancaster Pike, Suite 4- 1181
Hockessin, DE 19707-9292
(856) 345-4911 - telephone
deheer.esq@gmail.com
Attorney for Debtor, Mareka Ynez Lambo

Order Filed on April 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 24-22074/JNP |
|---|---|---|
| MAREKA YNEZ LAMBO, | Hearing Date: | |
| Debtor. | Judge: | Jerrold N. Poslusny, Jr. |
| | Chapter: | 7 |

## AMENDED ORDER ON MOTION TO CONVERT CASE TO CHAPTER 13

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: April 9, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>Andrew K. de Heer, Esquire, counsel for Debtor</u> and for good cause shown, it is

ORDERED that the motion is:

❑ denied.

☒ granted, and this case is converted from chapter __7__ to chapter 13, and it is further

ORDERED that within 7 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

ORDERED that:

☒ if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of $ __313.00__ in full or file an *Application and Order for Individuals to Pay the Filing Fee in Installments* within 7 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

☒ immediately turn over to the debtor all records and property of the estate in his/her custody or control,

☒ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

☒ within 30 days of the date of this Order, file a Request for Payment of Administrative Expenses including deferred filing fees, if appropriate, it is further

2

ORDERED that:

☒ the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but will be converted to chapter 7,

☒ the conversion to chapter 13 is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file local forms:

- *Chapter 13 Plan and Motions*, and

- *Disclosure of Chapter 13 Debtor's Attorney Compensation* - if represented by an attorney.

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed by the Court without further notice. Any objection to dismissal must be filed and received by the Clerk within 7 days of the date of this Order.

*rev.8/1/18*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-22074-JNP
MAREKA YNEZ LAMBO  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1
Date Rcvd: Apr 09, 2025      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | MAREKA YNEZ LAMBO, 284 DEERFIELD DRIVE, MAYS LANDING, NJ 08330-4924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew K. de Heer | on behalf of Debtor MAREKA YNEZ LAMBO deheer.esq@gmail.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4