| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew K. de Heer, Esquire<br>7209 Lancaster Pike<br>Suite 4- 1181<br>Hockessin, DE 19707-9292<br>(856) 345-4911 - telephone<br>deheer.esq@gmail.com<br>Attorney for Debtor, Mareka Ynez Lambo | |
| In Re:<br>MAREKA YNEZ LAMBO,<br><br>    Debtor. | Case No.: 24-22074/JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr. |

# NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address:
_____284 Deerfield Drive, Mays Landing, NJ 08330_____

Creditor is the holder of: ☒ first mortgage ☐ second mortgage ☐ third mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section VII.B.

Creditor __United Wholesale Mortgage__ Amount: $ __2,976.00__ Due date: __5/1/2025__

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**I also certify that the property in question consists only of real property in which I hold a titled interest.**

Date: 4/18/2025                                             /s/Mareka Ynez Lambo
                                                                          Debtor

Date: _____                       _____
                                                                          Joint Debtor (if any)

**Debtor Information:**

Print full name: Mareka Ynez Lambo

Mailing address: 284 Deerfield Drive, Mays Landing, NJ 08330-4924

Telephone number: _____

Email address (if any): _____

**Debtor's Attorney Information:**

Name: Andrew K. de Heer, Esquire

Address: 7209 Lancaster Pike, Suite 4- 1181, Hockessin, DE 19707-9292

Telephone number: (856) 345-4911      Fax number: (800) 578-0568

Email address (if any): deheer.esq@gmail.com

**Creditor Information: (if known)**

Name: United Wholesale Mortgage, LLC

Address: 585 South Blvd. E., Pontiac, MI 48341

Telephone number: (800) 981-8898      Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: Denise E. Carlon, Esquire

Address: KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106

Telephone number: _____      Fax number_____

Email address (if any): dcarlon@kmllawgroup.com

2

**Under Section V. of the *Loss Mitigation Program and Procedures*, a party has 14 days from the filed date of this Request to file with the court, and serve on the debtor, debtor's attorney trustee, and U.S. trustee, an objection to this Request.**

*rev.12/17/19*