UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
106 Hickory Court
Mullica Hill, NJ 08062
Trustee and Attorney for Chapter 7 Trustee
JM:5998

Order Filed on April 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mareka Ynez Lambo,

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 24-22074/JNP

Hearing: NA

Judge: Jerrold N. Poslusny, Jr.

### ORDER FOR PAYMENT OF COMPENSATION
### AND EXPENSE TO CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 24, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     Mareka Ynez Lambo
Case No:  24,22074/JNP
Caption of Order:     Order for Payment of Compensation and Expenses to
Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$960.00**, and reimbursement of Expenses in the amount of **$11.58** for a total award of **$971.58** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.