Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−22074−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MAREKA YNEZ LAMBO
   284 DEERFIELD DRIVE
   MAYS LANDING, NJ 08330−4924

Social Security No.:
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              7/2/25
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 29, 2025
JAN: lgr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                    Case No. 24-22074-JNP

MAREKA YNEZ LAMBO                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: May 29, 2025      Form ID: 132      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | MAREKA YNEZ LAMBO, 284 DEERFIELD DRIVE, MAYS LANDING, NJ 08330-4924 |
| 520478237 | +++ | AMEX, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: bankruptcy@uwm.com | May 29 2025 20:50:00 | United Wholesale Mortgage, LLC, 585 South Blvd. E.,, Pontiac, MI 48341 |
| 520504852 | | Email/PDF: bncnotices@becket-lee.com | May 29 2025 21:13:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520497173 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2025 20:49:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 520497174 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2025 20:50:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington,DE 19899-8803 |
| 520497175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2025 20:59:11 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520497176 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 21:13:18 | Citicards CBNA, P.O. Box 6241, Sioux Falls SD 57117-6241 |
| 520497177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2025 20:50:00 | Comenity Capital/BBB, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520497178 | ^ | MEBN | May 29 2025 20:45:00 | D & A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 520634543 | | Email/Text: mrdiscen@discover.com | May 29 2025 20:49:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520497179 | + | Email/Text: mrdiscen@discover.com | May 29 2025 20:49:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520497180 | + | Email/Text: mrdiscen@discover.com | May 29 2025 20:49:00 | Discover Bank Card, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 520497181 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2025 21:14:01 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 520667270 | + | Email/Text: RASEBN@raslg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 29 2025 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520497182 | | Email/Text: signed.order@pfwattorneys.com | May 29 2025 20:49:00 | Pressler, Felt & Warshaw. LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520497184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 21:25:08 | Syncb/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 520497183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 20:59:11 | Syncb/TJX, P.O. Box 965015, Orlando, FL 32896-5015 |
| 520497185 | + | Email/Text: bankruptcy@td.com | May 29 2025 20:50:00 | TD Bank N.A., P.O. Box 1448, Greenville, SC 29602-1448 |
| 520497172 | ^ | MEBN | May 29 2025 20:44:31 | United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520651590 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew K. de Heer | on behalf of Debtor MAREKA YNEZ LAMBO deheer.esq@gmail.com |
| Denise E. Carlon | on behalf of Loss Mitigation United Wholesale Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5