Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−22074−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MAREKA YNEZ LAMBO
   284 DEERFIELD DRIVE
   MAYS LANDING, NJ 08330−4924

Social Security No.:
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2025
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-22074-JNP

MAREKA YNEZ LAMBO     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3

Date Rcvd: Nov 14, 2025     Form ID: 148     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | MAREKA YNEZ LAMBO, 284 DEERFIELD DRIVE, MAYS LANDING, NJ 08330-4924 |
| 520478237 | +++ | AMEX, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520812539 | + | Arthur Williams, Jr, 284 Deerfield Drive, Mays Landing, NJ 08330-4924 |
| 520812538 | + | Edson Lambo, 284 Deerfield Drive, Mays Landing NJ 08330-4924 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2025 23:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2025 23:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: bankruptcy@uwm.com | Nov 14 2025 23:05:00 | United Wholesale Mortgage, LLC, 585 South Blvd. E.,, Pontiac, MI 48341 |
| 520504852 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2025 23:21:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520497173 | + | EDI: BANKAMER | Nov 15 2025 03:55:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 520497174 | + | EDI: TSYS2 | Nov 15 2025 03:55:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington,DE 19899-8803 |
| 520497175 | + | EDI: CAPITALONE.COM | Nov 15 2025 03:55:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520670192 | + | EDI: AIS.COM | Nov 15 2025 04:01:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520497176 | + | EDI: CITICORP | Nov 15 2025 03:55:00 | Citicards CBNA, P.O. Box 6241, Sioux Falls SD 57117-6241 |
| 520497177 | + | EDI: WFNNB.COM | Nov 15 2025 03:55:00 | Comenity Capital/BBB, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520497178 | ^ | MEBN | Nov 14 2025 23:02:21 | D & A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 520634543 | | EDI: DISCOVER | Nov 15 2025 03:55:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520497179 | + | EDI: DISCOVER | Nov 15 2025 03:55:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520497180 | + | EDI: DISCOVER | Nov 15 2025 03:55:00 | Discover Bank Card, 502 E. Market Street, |

Case 24-22074-JNP    Doc 54    Filed 11/16/25    Entered 11/17/25 01:03:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: 148 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Greenwood, DE 19950-9700 |
| 520497181 | + | EDI: JPMORGANCHASE | Nov 15 2025 03:55:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 520667270 | + | Email/Text: RASEBN@raslg.com | Nov 14 2025 23:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520678386 | | EDI: PRA.COM | Nov 15 2025 03:55:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520676255 | | EDI: PRA.COM | Nov 15 2025 03:55:00 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520497182 | | Email/Text: signed.order@pfwattorneys.com | Nov 14 2025 23:05:00 | Pressler, Felt & Warshaw. LLP, 7 Entin Road, Parsippany,NJ 07054 |
| 520497184 | + | EDI: SYNC | Nov 15 2025 03:55:00 | Syncb/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 520497183 | + | EDI: SYNC | Nov 15 2025 03:55:00 | Syncb/TJX, P.O. Box 965015, Orlando, FL 32896-5015 |
| 520694265 | + | EDI: AIS.COM | Nov 15 2025 04:01:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520497185 | + | EDI: TDBANKNORTH.COM | Nov 15 2025 04:01:00 | TD Bank N.A., P.O. Box 1448, Greenville, SC 29602-1448 |
| 520497172 | ^ | MEBN | Nov 14 2025 23:02:05 | United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 520692578 | ^ | MEBN | Nov 14 2025 23:02:55 | United Wholesale Mortgage, LLC, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520651590 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: 148 | Total Noticed: 29 |

below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew K. de Heer | on behalf of Debtor MAREKA YNEZ LAMBO deheer.esq@gmail.com |
| Denise E. Carlon | on behalf of Loss Mitigation United Wholesale Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6