Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  24−22074−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MAREKA YNEZ LAMBO
   284 DEERFIELD DRIVE
   MAYS LANDING, NJ 08330−4924
Social Security No.:
   xxx−xx−9955
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                        December 3, 2025
Time:                        10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*39* – Chapter 13 Plan. Filed by Andrew K. de Heer on behalf of MAREKA YNEZ LAMBO. (de Heer, Andrew)Modified on 5/28/2025 TO REFLECT MISSING /S/ INITIALS OF ATTORNEY AND DEBTORS OF FIRST PAGE(lgr).

and transact such other business as may properly come before the meeting.


Dated: November 19, 2025
JAN: kvr

                                              Jeanne Naughton
                                              Clerk