UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on November 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MAREKA YNEZ LAMBO

**Debtor.**

Case No. 24-22074 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

## ORDER VACATING ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: November 19, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:  Mareka Ynez Lambo
Case No. 24-22074 (JNP)
Caption of Order:  Order Vacating Dismissal Order

THIS MATTER having been dismissed on a Certification of Non-Compliance filed by

Andrew B. Finberg, Chapter 13 Standing Trustee, and the Court having entered an Order of

Dismissal on November 14, 2025, however, on April 8, 2025, an Order to Convert Debtor's Case

states the case shall not be dismissed but converted to Chapter 7, therefore, the Dismissal Order

was entered in error.

**IT IS ORDERED and ADJUDGED** that the Order Dismissing Case entered on

November 14, 2025, is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 24-22074-JNP
MAREKA YNEZ LAMBO                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                    Page 1 of 1
Date Rcvd: Nov 19, 2025                 Form ID: pdf903                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

**Recip ID**          **Recipient Name and Address**
db                    MAREKA YNEZ LAMBO, 284 DEERFIELD DRIVE, MAYS LANDING, NJ 08330-4924

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

**Name**                 **Email Address**
Andrew B Finberg         courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg         on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew K. de Heer        on behalf of Debtor MAREKA YNEZ LAMBO deheer.esq@gmail.com

Denise E. Carlon         on behalf of Loss Mitigation United Wholesale Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon         on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee             USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6