*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>**MAREKA YNEZ LAMBO**<br><br>Debtor. | Proceedings in Chapter 13<br><br>Case No. 24-22074 (JNP)<br><br>*NOTICE OF MOTION TO RE-CONVERT THE CASE TO CHAPTER 7 AND WAIVE THE CONVERSION FEE*<br><br>*Hearing Date: January 13, 2026, at 11 am* |

TO:    Mareka Ynez Lambo                                   Andrew K. DeHeer, Esquire
       284 Deerfield Drive                                 2 Ice Pond Trail
       Mays Landing, NJ  08330                             Hockessin, DE  19707
       *Debtor*                                            *Debtor's Attorney*

       Office of the United States Trustee                 Joseph Marchand, Esquire
       One Newark Center, Suite 2100                       106 Hickory Court
       Newark, NJ  07102                                   Mullica Hill, NJ  08062
       *Trustee*                                           *Chapter 7 Trustee*

Andrew B. Finberg, Esquire, Chapter 13 Standing Trustee, has filed papers with the Court for an Order to Re-Convert the Case to Chapter 7 and Waive the Conversion Fee.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought or you want the court to consider your views on the motion, then on or before **January 6, 2026**.

You or your attorney must file a written answer, explaining your position at:

>   BANKRUPTCY COURT CLERK
>   401 MARKET STREET
>   CAMDEN, NJ 08101-1104

If you mail your response to the Court for filing, you must mail it early enough so the

Court will receive it on or before the date stated above.

You must also mail a copy to:

>   ANDREW B. FINBERG
>   CHAPTER 13 STANDING TRUSTEE
>   CHERRY TREE CORPORATE CENTER
>   535 ROUTE 38, SUITE 580
>   CHERRY HILL, NJ 08002

You must also attend the hearing scheduled for **January 13, 2026, at 11:00 a.m.** in the

Courtroom of JUDGE JERROLD N. POSLUSNY, JR., COURT ROOM 4C, 401

MARKET STREET, CAMDEN, NJ, 08102-1104.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Date:  12/18/2025                                    /s/ Andrew B. Finberg
                                                     Andrew B. Finberg
                                                     Chapter 13 Standing Trustee