Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−22074−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MAREKA YNEZ LAMBO
   284 DEERFIELD DRIVE
   MAYS LANDING, NJ 08330−4924

Social Security No.:
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 05/27/2025 and a confirmation hearing on such Plan has been scheduled for 7/2/2025.

The debtor filed a Modified Plan on 2/4/2026 and a confirmation hearing on the Modified Plan is scheduled for 3/18/2026 at 10:00 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 4, 2026
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 24-22074-JNP

MAREKA YNEZ LAMBO                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                              Page 1 of 3

Date Rcvd: Feb 04, 2026                     Form ID: 186                          Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | MAREKA YNEZ LAMBO, 284 DEERFIELD DRIVE, MAYS LANDING, NJ 08330-4924 |
| 520478237 | +++ | AMEX, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520941719 | + | Arthur C. Williams, 284 Deerfield Drive, Mays Landing, NJ 08330-4924 |
| 520812539 | + | Arthur Williams, Jr, 284 Deerfield Drive, Mays Landing, NJ 08330-4924 |
| 520812538 | + | Edson Lambo, 284 Deerfield Drive, Mays Landing NJ 08330-4924 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: bankruptcy@uwm.com | Feb 04 2026 20:56:00 | United Wholesale Mortgage, LLC, 585 South Blvd. E.,, Pontiac, MI 48341 |
| 520504852 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2026 21:00:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520497173 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 04 2026 20:55:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 520497174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 04 2026 20:56:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington,DE 19899-8803 |
| 520497175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 21:00:42 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520670192 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 21:00:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520497176 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 21:00:38 | Citicards CBNA, P.O. Box 6241, Sioux Falls SD 57117-6241 |
| 520497177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 20:56:00 | Comenity Capital/BBB, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520497178 | ^ | MEBN | Feb 04 2026 20:50:23 | D & A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 520634543 | | Email/Text: mrdiscen@discover.com | Feb 04 2026 20:55:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520497179 | + | Email/Text: mrdiscen@discover.com | Feb 04 2026 20:55:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |

Case 24-22074-JNP    Doc 78    Filed 02/06/26    Entered 02/07/26 00:14:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: 186 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520497180 | + | Email/Text: mrdiscen@discover.com | Feb 04 2026 20:55:00 | Discover Bank Card, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 520497181 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2026 21:00:33 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 520667270 | + | Email/Text: RASEBN@raslg.com | Feb 04 2026 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520678386 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2026 21:00:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520676255 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2026 21:00:52 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520497182 | | Email/Text: signed.order@pfwattorneys.com | Feb 04 2026 20:55:00 | Pressler, Felt & Warshaw. LLP, 7 Entin Road, Parsippany,NJ 07054 |
| 520497184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 21:00:33 | Syncb/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 520497183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 21:00:48 | Syncb/TJX, P.O. Box 965015, Orlando, FL 32896-5015 |
| 520694265 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 21:00:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520497185 | + | Email/Text: bankruptcy@td.com | Feb 04 2026 20:57:00 | TD Bank N.A., P.O. Box 1448, Greenville, SC 29602-1448 |
| 520497172 | ^ | MEBN | Feb 04 2026 20:50:10 | United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 520692578 | ^ | MEBN | Feb 04 2026 20:50:37 | United Wholesale Mortgage, LLC, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520651590 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2026    Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 04, 2026 | Form ID: 186 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew K. de Heer | on behalf of Debtor MAREKA YNEZ LAMBO deheer.esq@gmail.com |
| Denise E. Carlon | on behalf of Loss Mitigation United Wholesale Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6