UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew K. de Heer
ANDREW K. DE HEER, ESQUIRE
7209 Lancaster Pike
Suite 4- 1181
Hockessin, DE 19707-9292
(856) 345-4911 - telephone
(800) 578-0568 - facsimile
deheer.esq@gmail.com
Attorney for Debtor, Mareka Ynez Lambo

In Re:

MAREKA YNEZ LAMBO,

                    Debtor.

| | |
|---|---|
| Case No.: | 24-22074/JNP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 02/18/2026 |
| Judge: | Jerrold N. Posluzny |

## CERTIFICATION OF SERVICE

1.  I, _____Andrew K. de Heer, Esquire_____ :

     ☒  represent _____Debtor, Mareka Ynez Lambo_____ in this matter.

     ☐  am the secretary/paralegal for _____, who represents

     _____ in this matter.

     ☐  am the _____ in this case and am representing myself.

2.     On _____September 16, 2025_____, I sent a copy of the following pleadings and/or documents

     to the parties listed in the chart below.

     Notice of Amendment to Schedule;
     Notice of Chapter 13 Case;
     Modified Chapter 13 Plan; and
     Notice of Hearing on Confirmation of Plan

3.     I certify under penalty of perjury that the above documents were sent using the mode of service

     indicated.

Date:   2/14/2026 _____          /s/Andrew K. de Heer _____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Edson Lambo<br>284 Deerfield Drive<br>Mays Landing, NJ 08330 | Co-debtor re Creditor NWM | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arthur Williams, Jr.<br>284 Deerfield Drive<br>Mays Landing, NJ 08330 | Co-debtor re. Creditor NWM | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*