UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew K. de Heer
ANDREW K. DE HEER, ESQUIRE
7209 Lancaster Pike
Suite 4- 1181
Hockessin, DE 19707-9292
(856) 345-4911 - telephone
(800) 578-0568 - facsimile
deheer.esq@gmail.com
Attorney for Debtor, Mareka Ynez Lambo

| | |
|---|---|
| In Re:<br><br>MAREKA YNEZ LAMBO,<br><br>          Debtor. | Case No.:        24-22074/JNP<br><br>Chapter:              13<br><br>Hearing Date:    March 24, 2026<br><br>Judge:        Jerrold N. Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☐ Settled          ☒ Withdrawn

Matter: DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION filed on March 3,

 2026_____

Date: 3/14/2027_____          /s/Andrew K. de Heer_____
                                     Signature

*rev.8/1/15*