**Fill in this information to identify your case:**

Debtor 1    MAREKA            YNEZ              LAMBO
            First Name        Middle Name       Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number   24-22074/JNP
(If known)

❑ Check if this is an
    amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/Mareka Ynez Lambo_____     ✖ _____

Signature of Debtor 1                              Signature of Debtor 2

Date 08/01/2026_____                          Date _____
     MM / DD / YYYY                                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MAREKA | YNEZ | LAMBO |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number __24-22074/JNP__
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __284 Deerfield Dr.__ <br> Line from *Schedule A/B*: __1.1__ | $470,000.00 | ☑ $ 37,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(1) & (d)(5) <br> _____ |
| Brief description: __Television &cellphone__ <br> Line from *Schedule A/B*: __7__ | $820.00 | ☑ $ 820.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3) |
| Brief description: __Clothing & footwear__ <br> Line from *Schedule A/B*: __11__ | $698.00 | ☑ $ 698.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(3) & (d)(5) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Debtor 1 ___MAREKA_____YNEZ_____LAMBO_____   Case number (*if known*)___24-22074/JNP_____
First Name          Middle Name           Last Name

| | Part 2: | Additional Page |
|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cash<br>Line from *Schedule A/B:* 16 | $ 185.00 | ☑ $ 185.00<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(5) |
| Brief description: Bank of America<br>Line from *Schedule A/B:* 17.1 | $ 44.00 | ☑ $ 44.00<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(5) |
| Brief description: TD Bank<br>Line from *Schedule A/B:* 17.2 | $ 1,100.00 | ☑ $ 1,100.00<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(d)(5) |
| Brief description: Republic Air 401(k)<br>Line from *Schedule A/B:* | $ 11,578.00 | ☑ $ 11,578.00<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Section 522(b)(3)(C) |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ❑ $<br>❑ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page 2 of __

**Fill in this information to identify your case:**

Debtor 1    MAREKA          YNEZ          LAMBO
            First Name      Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  24-22074/JNP
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.   $2,462.00 |
|  | **If not included in line 4:** |  |
| 4a. | Real estate taxes | 4a.   $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b.   $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.   $65.00 |
| 4d. | Homeowner's association or condominium dues | 4d.   $_____ |

Debtor 1   MAREKA           YNEZ           LAMBO____            Case number (*if known*) 24-22074/JNP_____
         First Name      Middle Name      Last Name

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans     5.    $_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas     6a.   $_____345.00

   6b.  Water, sewer, garbage collection     6b.   $_____84.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services     6c.   $_____45.00

   6d.  Other. Specify: _____     6d.   $_____

7. **Food and housekeeping supplies**     7.   $_____215.00

8. **Childcare and children's education costs**     8.   $_____

9. **Clothing, laundry, and dry cleaning**     9.   $_____54.00

10. **Personal care products and services**     10.   $_____35.00

11. **Medical and dental expenses**     11.   $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.     12.   $_____110.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.   $_____48.00

14. **Charitable contributions and religious donations**     14.   $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance     15a.   $_____

   15b.  Health insurance     15b.   $_____

   15c.  Vehicle insurance     15c.   $_____125.00

   15d.  Other insurance. Specify:_____     15d.   $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____     16.   $_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1     17a.   $_____

   17b.  Car payments for Vehicle 2     17b.   $_____

   17c.  Other. Specify:_____     17c.   $_____

   17d.  Other. Specify:_____     17d.   $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18.   $_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____     19.   $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property     20a.   $_____

   20b.  Real estate taxes     20b.   $_____

   20c.  Property, homeowner's, or renter's insurance     20c.   $_____

   20d.  Maintenance, repair, and upkeep expenses     20d.   $_____

   20e.  Homeowner's association or condominium dues     20e.   $_____

Debtor 1   MAREKA              YNEZ            LAMBO      Case number (*if known*) 24-22074/JNP
          First Name      Middle Name      Last Name

21.  **Other**. Specify: _____   21.  **+**$_____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                    22a.  $_____3,588.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $_____0.00

22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $_____3,588.00

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.  $_____3,657.00

23b.  Copy your monthly expenses from line 22c above.   23b.  **−**$_____3,588.00

23c.  Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income.*   23c.  $_____69.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here: