| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew K. de Heer<br>ANDREW K. DE HEER, ESQUIRE<br>7209 Lancaster Pike<br>Suite 4- 1181<br>Hockessin, DE 19707-9292<br>(856) 345-4911 - telephone<br>(800) 578-0568 - facsimile<br>deheer.esq@gmail.com<br>Attorney for Debtor, Mareka Ynez Lambo | Case No.: 24-22074/JNP<br>Chapter: 13 |
| In Re:<br>MAREKA YNEZ LAMBO,<br>Debtor. | Adv. No.: ______<br>Hearing Date: ______<br>Judge: Jerrold N. Poslusny, Jr |

## CERTIFICATION OF SERVICE

1. I, Andrew K. de Heer, Esquire :

☒ represent Debtor, Mareka Ynez Lambo in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On September 14, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Modified Chapter 13 Plan; and
Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/14/2026

s/Andrew K. de Heer
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esquire<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Counsel for Secured Creditor, UWM | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Finberg, Esquire<br>535 NJ-38<br>Suite 580<br>Cherry Hill, NJ 08002<br>courtmail@standingtrustee.com | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AMEX<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citicards CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JPMCB Card<br>P.O. Box 15369<br>Wilmington, DE 19850 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-9944 | Creditor's counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYNCB/TJX COS DC<br>P.O. Box 965015<br>Orlando, FL 32896 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYNCB/PPC<br>P.O. Box 530975<br>Orlando, FL 32896 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank NA<br>P.O. Box 1448<br>Greenville, SC 29602 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Comenity Bank/Caesars<br>P.O. Box 182789<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Capital/BBB<br>P.O. Box 182120<br>Columbus, OH 43218 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| D & A Services<br>1400 E. Touby Avenue<br>Suite G2<br>Des Plaines, IL 60018 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>P.O. Box 30939<br>Salt Lake City, UT 84130 | Consumer creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank Card<br>502 E. Market Street<br>Greenwood, DE 19950 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>U.S. Dept. of Justice<br>Office of the Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Marchand<br>Joseph D. Marchand, Chapter 7 Trustee<br>106 Hickory Court<br>Mullica Hill, NJ 08062-9527 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*