| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 060002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 26-015889<br>Attorneys for Secured Creditor: United Wholesale Mortgage, LLC | |
| In Re:<br><br>Mareka Ynez Lambo | Case No.: 24-22074-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of United Wholesale Mortgage, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Roger Fay, Esquire
Albertelli Law
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054

DOCUMENTS:

☒All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒All documents and pleadings of any nature.

| | |
|---|---|
| DATED: September 28, 2026 | ALBERTELLI LAW<br><br>/s/ Roger Fay, Esq., ID No. 060002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net<br>(856) 724-1888<br>Attorneys for Secured Creditor |