**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE:**

**MAREKA YNEZ LAMBO**

**CASE NO.: 24-22074-JNP**
**CHAPTER: 13**

**DEBTOR**

______________________________

# NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**COMES NOW,** ***United Wholesale Mortgage, LLC*** ("Movant") by and through its undersigned attorney, hereby gives notice that the addresses for the Movant have been modified or corrected as follows:

**Old Address:**
**Cenlar FSB**
**Attn: Bankruptcy Dept.**
**425 Phillips Blvd**
**Ewing, NJ 08618**

**New Address:**
**United Wholesale Mortgage, LLC**
**585 South Blvd**
**East Pontiac, MI 48341**

DATED: October 1, 2026

ALBERTELLI LAW

By: /s/ Roger Fay, Esq., ID No. 060002014
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
rfay@alaw.net
(856) 724-1888
Attorneys for Secured Creditor

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 060002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 26-015889<br>Attorneys for Secured Creditor: United Wholesale Mortgage, LLC | |
| In Re:<br><br>Mareka Ynez Lambo | Case No.: 24-22074-JNP<br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |

**CERTIFICATION OF SERVICE**

1. I, Roger Fay, Esquire:

   ☑ represent the Secured Creditor in the above-captioned matter.

   ☐ am the secretary/paralegal for ____________________, who represents the ____________________ in the above captioned matter.

   ☐ am the ________________________ in the above case and am representing myself.

2. On October 1, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: October 1, 2026

/s/ Roger Fay, Esq., ID No. 060002014
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
(856) 724-1888
rfay@alaw.net

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court *) |
| Andrew K. de Heer<br>Andrew K. de Heer, Esquire<br>7209 Lancaster Pike<br>Ste 4-1181<br>Hockessin, DE 19707-9292 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court *) |
| Mareka Ynez Lambo<br>284 Deerfield Drive<br>Mays Landing, NJ 08330-4924 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.